AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**Kristal Perla Rios Esquivel**<br>Date of Birth: ▇▇▇<br><br>*Defendant(s)* | Case: 1:25-mj-00162<br>Assigned To: Judge Upadhyaya, Moxila A.<br>Assign. Date: 8/22/2025<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 20, 2025** in the county of **Washington** in the **_____** District of **Columbia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a) | Assaulting, Resisting, or Impeding Certain Officers or Employees |
| DC Code § 22-3302(b) | Unlawful Entry on Public Property |

This criminal complaint is based on these facts:

See attached Statement of Facts.

☑ Continued on the attached sheet.

*Complainant's signature*

SA Benjamin Fulp, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/22/2025

*Judge's signature*

City and state: Washington, DC       Moxila A. Upadhyaya, Magistrate Judge
*Printed name and title*