Case 1:25-mj-00162-MAU    Document 1-1

Case: 1:25-mj-00162
Assigned To: Judge Upadhyaya. Moxila A.
Assign. Date: 8/22/2025
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

The following information was relayed to me by law enforcement with the Smithsonian National Zoological Park Police (NZPP) and is based in part on review of surveillance video. The NZPP is a small federal police department that is responsible for the security and protection of zoo animals as well as visitors, staff, and volunteers at the National Zoological Park (National Zoo), located in the 3000 block of Connecticut Avenue, Northwest, Washington, D.C.  NZPP officers carry firearms and have concurrent arrest authority with the U.S. Park Police in the National Capital Parks area.  The National Zoo is a bureau of the Smithsonian Institution, which is a federal institution.

On Wednesday, August 20, 2025, at approximately 1510 hours, at the National Zoo, a NZPP control room operator was alerted to an alarm in the Bird House. On a surveillance feed, the operator observed a female subject, later identified as Kristal Rios ESQUIVEL, wearing an orange shirt and black pants, who appeared to have activated the alarm by entering a door marked "Staff Only" in the Bird House. The operator dispatched NZPP Officer J. Gonzalez to the Bird House to investigate whether ESQUIVEL had intentionally entered a restricted area within the National Zoo that was not open to visitors.

At approximately 1525 hours, NZPP Officer J. Gonzalez approached ESQUIVEL to ask her questions regarding the situation. ESQUIVEL told Officer Gonzalez that she did push and enter through a door for employees only.

At approximately 1548 hours, Acting Sergeant M. Bryant explained to ESQUIVEL that she was going to be arrested for Unlawful Entry.  Sergeant Bryant then handcuffed ESQUIVEL.

At approximately 1602 hours, ESQUIVEL spat saliva onto Sergeant Bryant's face.  Officer V. Dunbar then escorted ESQUIVEL to the transport vehicle.  At that point, ESQUIVEL kicked

Officer Dunbar on his left leg, making physical contact with his leg. As Officer Dunbar attempted to secure ESQUIVEL into the transport vehicle, ESQUIVEL spat at Officer Dunbar.

Based on the foregoing, your affiant submits that probable cause exists to charge Kristal Rios ESQUIVEL with violations of 18 U.S.C. § 111(a) (felony) by forcibly assaulting and making physical contact with National Zoological Park Police Acting Sergeant Bryant and Officer Dunbar while they were engaged in or on account of the performance of their official duties, and violation of D.C. Code § 22-3302(b) for unlawful entry on public property.

Respectfully submitted,

_____
SA, BENJAMIN FULP
FBI

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 22nd day of August 2025.*

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on August 22, 2025.

_____
HONORABLEMOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE