UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>KRISTAL RIOS ESQUIVEL,<br><br>Defendant. | No. 25-mj-162-ZMF |

### ORDER

The Department of Corrections released Ms. Rios-Esquivel today at 12:57 pm. As such the hearing to Show Cause in this matter was VACATED.

The Court commends the diligence and professionalism of the assigned prosecutor in this matter for ensuring the removal of the "hit" in the warrant database placed by federal law enforcement which was preventing Ms. Rios-Esquivel's release.

Date: August 26, 2025

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE