**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

**UNITED STATES OF AMERICA**

**v.**

**KRISTAL RIOS ESQUIVEL,**

**Defendant.**

</td><td>

**Case No. 1:25-mj-162-ZMF**

</td></tr>
</table>

**UNOPPOSED MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE AND
TO VACATE THE PRELIMINARY HEARING**

The United States respectfully moves the Court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss without prejudice the complaint against Kristal Rios Esquivel and to vacate the preliminary hearing scheduled for September 25.

Ms. Rios was arrested on August 20, 2025, charged by criminal complaint two days later with a violation of 18 U.S.C. § 111(a) (assault on a federal officer) and D.C. Code § 22-3302(b) (unlawful entry on public property), and subsequently released on conditions. The government has determined that it would be in the interests of justice to prosecute Mr. Rios for this incident in the District of Columbia Superior Court.

Pursuant to Rule 48(a), the government may dismiss a complaint with leave of the Court. "[T]he Supreme Court has declined to construe Rule 48(a)'s 'leave of court' requirement to confer any substantial role for courts in the determination whether to dismiss charges." *United States v. Fokker Servs. B.V.*, 818 F.3d 733, 742 (D.C. Cir. 2016). The principal object of the "leave of court" requirement has been understood to protect a defendant against prosecutorial harassment when the government moves to dismiss charges over the defendant's objection. *Id.* (citing *Rinaldi v. United States*, 434 U.S. 22, 29 n. 15 (1977)).

As a general matter, Rule 48(a) allows the court to reject the government's motion to dismiss without prejudice only in "exceptional" cases due to the "strong presumption in favor of a no prejudice dismissal." *United States v. Borges*, 153 F. Supp. 3d 216, 219 (D.D.C. 2015).

Here, after careful review of the evidence related to Mr. Rios' arrest and consultation with Ms. Rios' counsel, the government has determined that this case is better prosecuted in in the District of Columbia Superior Court. Accordingly, the government respectfully moves to dismiss the federal complaint without prejudice. This motion is made in good faith, is not intended to harass the defendant, and is consistent with the public interest.

Counsel for Ms. Rios informed the government that she consents to the relief requested in this motion and that she is prepared to continue representing Ms. Rios in the criminal case in the District of Columbia Superior Court.

In light of the government's motion, the preliminary hearing currently scheduled for September 25 is no longer necessary and should therefore be vacated.

A proposed order is attached for the Court's convenience.

Respectfully Submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

*/s/ Jeffrey Nestler*
Jeffrey Nestler (DC Bar No. 978296)
Assistant United States Attorney
United States Attorney's Office
601 D Street NW
Washington, DC 20530
202-252-7277
jeffrey.nestler@usdoj.gov

*Counsel for the United States*

2